UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BRITTON,<br><br>    Plaintiff,<br><br>  v.<br><br>MARK TEMPLIN,<br><br>    Defendant. | Case No. 22-cv-03468-JSC<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED**<br><br>Re: Dkt. No. 17 |

On September 13, 2022, the Court ordered Plaintiff to serve the summons and complaint on Defendant in accordance with Federal Rule of Civil Procedure 4(e) and file a certificate of service on or before October 14, 2022. (Dkt. No. 17.) To date, Plaintiff has not filed a certificate of service or otherwise communicated with the Court.

Accordingly, Plaintiff is ORDERED to show cause why this case should not be dismissed under Rule 4(m). *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."). Plaintiff shall show cause in writing on or before January 3, 2023. Plaintiff is warned that failure to show cause could lead to his case being dismissed under Rule 4(m).

**IT IS SO ORDERED.**

Dated: December 6, 2022

JACQUELINE SCOTT CORLEY
United States District Judge